**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DIGITALDOORS, INC.,** *Plaintiff* | § § § § § § § § § § § § | |
| **v.** | | **MO:25-CV-00103-DC** |
| **BROADWAY BANCSHARES, INC.,** *Defendant* | | |

## ORDER

BEFORE THE COURT is the report and recommendation from U. S. Magistrate Judge Derek T. Gilliland concerning Defendant Broadway Bancshares, Inc.'s Motion to Dismiss.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on January 29, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 10.

[2] Doc. 25.

[3] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections,[4] the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the U. S. Magistrate Judge is **ADOPTED**.[5] The Motion to Dismiss filed by Defendant Broadway Bancshares, Inc. is **DENIED**.[6]

It is so **ORDERED**.

SIGNED this 9th day of March, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] While no objections were filed, the Defendant filed a motion for reconsideration in response to the report and recommendation (Doc. 27), but it was denied by Judge Gilliland (Doc. 32).

[5] Doc. 25.

[6] Doc. 10.